**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6689**

CHRISTOPHER BARFIELD,

       Petitioner - Appellant,

   v.

J. C. STREEVAL,

       Respondent - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Elizabeth Kay Dillon, District Judge.  (7:21-cv-00190-EKD-JCH)

Submitted:  August 8, 2023                  Decided:  August 18, 2023

Before NIEMEYER and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Christopher Barfield, Appellant Pro Se.  Krista Consiglio Frith, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Barfield, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 petition for lack of jurisdiction. In light of the Supreme Court's recent decision in *Jones v. Hendrix*, 143 S. Ct. 1857, 1868-69 (2023) (holding that petitioner cannot use § 2241 petition by way of the savings clause in 28 U.S.C. § 2255(e) to mount successive collateral attack on validity of federal conviction), we conclude that Barfield cannot pursue his claims in a § 2241 petition.

Accordingly, we affirm the district court's order dismissing Barfield's § 2241 petition. *Barfield v. Streeval*, No. 7:21-cv-00190-EKD-JCH (W.D. Va. May 31, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2